UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

UNITED STATES OF AMERICA )
)
v. ) NO. 2:10-CR-90
)
MICHAEL NORMAN DUBE )

## O R D E R

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge, [Doc 22], where he recommended that the defendant's Motion to Dismiss, [Doc. 11], be denied. The defendant has not filed objections to this report. After careful consideration of the Report and Recommendation of the United States Magistrate Judge, [Doc. 22], it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, and the defendant's Motion to Dismiss, [Doc. 11], is **DENIED**.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE